IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NORTH CAROLINA

Eastern DIVISION

Barbara Portis )
_____ )
_____ )
(Enter above the full name
of the Plaintiff[s] in this
action).

Case No. 4:22-CV-81-FL
(To be assigned
by the Clerk of
District Court)

vs.

Halifax County Department )
of Social Services )
_____ )
_____ )
(Enter above the full name of
**ALL** Defendant[s] in this action.
Fed.R.Civ.P.10(a) requires that
the caption of the complaint
include the names of **all** the
parties. Merely listing one
party and "et al." is insufficient.
Please attach additional sheets if
necessary).

Amended **COMPLAINT**

Plaintiff resides at: 4133 NC Hwy 125, Halifax NC 27839

Defendant(s) name(s) and address(es), if known: Halifax County Department of Social Services, 4431 Hwy 301, P.O. Box 767, Halifax NC 27839

1

---------
---------
---------
---------
---------

Jurisdiction in this court is based on: Title VII of the Civil Rights Act of 1964, because this is a question of discrimination in the workplace

---------
---------

The acts complained of in this suit concern: EEOC Charge number 433-2022-01231 I filed this charge with EEOC and they sent me a notice that I have a right to sue the Halifax County Department of Social Services. I assert employment discrimination for: (1) age, (2) disability, (3) disparate treatment, and (4) retaliation. I aver on 7/16/2021, I applied for the position of Income Maintenance Caseworker III and was denied. On 8/17/21, I notified my supervisor, Tina Ogden and program manager, Kentrice Ragland that I wish to file a grievance. The age discrimination claim states the following: (i) I, Barbara Ann Portis is a member of a protected age group by being fifty six (56) years old (ii) I suffered an adverse employment action whe my employer failed to promote me because of my age and making derogatory statements that my experience is old and outdated (iii) that at the time of the adverse employment action, I was performing my job at a level that met the employers expections and (iv) I was treated worse than similarly situated and substantially younger workers. My disability

2

claim states the following: "I have been medically diagnosed with PTSD and panic attacks, and my employer was made aware of this. The ADA prohibits employers from discriminating against a qualified individual on the basis disability in regard to hiring, advancement, or discharge of employees" (See Gentry v. E.W. Partners Club Management Co. Inc. 816 F. 3rd 228, 236 (4th Cir. 2016)(quoting 42 U.S.C. sec. 1211 (a)). "To establish a claim for disability the plaintiff must prove (1) that she has a disability (2) that I am a qualified individual for the employment in question and (3) that my employer discharged me (or took adverse employment action) because of my disability." (See Jacob v. N.C. Admin. Office of the Courts, 780 F. 3rd 562, 572 (4th Cir. 2015). I was asked to perform tasks I was not

(If you need more space, or wish to include any further
information for consideration, please attach additional sheets.)

I seek the following relief:

I am seeking $1,290,000.00 relief for expected salary and pain and suffering. $350,000.00 for pain and suffering and $940,000.00 potential earnings if still employed.

3

2/27/2025                           *Barbara Fortes*
--------                     ------------------------
  Date                         Signature of Plaintiff

                             4133 NC Hwy 125
                             Halifax, NC 27839
                             (845) 453-8681
                        Address and Telephone Number of Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NORTH CAROLINA

EASTERN DIVISION

BARBARA PORTIS
_____)
       Plaintiff

       Vs.                           Case No._____

Halifax County Department of Social Services
_____)
       Defendant

## COMPLAINT

Continuation

The acts complained of in this suit concern:

trained to do. When I would ask questions on how to do certain tasks, it would turn into a problem and I was looked at as being annoying by asking for help. I was given information that was either obsolete or outdated, this in turn, caused me anxiety, stress and a feeling of being overwhelmed which caused me several episodes of panic attacks.

The disparate treatment claim states the following: I must show (1) I am a member of a protected class (2) I am qualified for the job and performed it satisfactorily (3) I suffered an adverse employment action and (4) I was treated differently from similarly situated employees outside the protected class. I assert that my qualifications gave me the expertise to perform my job satisfactorily, but suffered adverse employment action when I was treated differently from similarly situated employees outside of the protected class. On December 1, 2021, I worked on several case records, about a week later I received a report from my supervisor, Tina Ogden that stated, the case records were untouched. I took the records to my supervisor to show her the records had been worked on and she said she was unavailable. This behavior was repeated when I need to ask questions or needed her assistance. I then took the records to Kentrice Ragland the program manager. Ms. Ragland stated this must be an oversight. Because I was treated so harshly, I was deprived of levels of responsibility and the opportunity of promotion.

The retaliation claim states the following: (1) I engaged in a protected activity (2) an employer took adverse employment action against me (3) there exists a casual link between the protected activity and the adverse employment action. I assert from the time I filed my grievance on 8/17/2021 to the formal meeting with the director on 12/1/2021, I had been discriminated against in the form of retaliation. Specifically no promotion, no consideration for an interview for another Income Maintenance Caseworker III position that I applied for on 2/1/2022 or perform other tasks. On 3/2/2022 I was terminated from my employment.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NORTH CAROLINA

_Eastern_ DIVISION

_Barbara Portis_ )
_____ )
_____ )
(Enter above the full name
of the Plaintiff[s] in this
action).

vs.

_Halifax County Department_ )
_of Social Services_ )
_____ )
_____ )
(Enter above the full name of
**ALL** Defendant[s] in this action.
Fed.R.Civ.P.10(a) requires that
the caption of the complaint
include the names of **all** the
parties. Merely listing one
party and "et al." is insufficient.
Please attach additional sheets if
necessary).

Case No. _4:22-CV-81-FL_
(To be assigned
by the Clerk of
District Court)

Amended **COMPLAINT**

1. Plaintiff resides at _4133 NC Hwy 125, Halifax, NC 27839_

2. Defendant(s) name(s): _Halifax County Department of Social Services_

1

Location of principal office(s) of the named defendant(s):
4421 Hwy 301, Halifax NC 27839

Nature of defendant(s) business: Government Agency Social Services

Approximate number of individuals employed by defendant: More than 500

3. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on this court by 42 U.S.C. § 2000e-5. Equitable and other relief are also sought under 42 U.S.C. § 20003-5(g).

4. The acts complained of in this suit concern:

   (A) _____ Failure to employ me.
   (B) __✓__ Termination of my employment.
   (C) _____ Failure to promote me.
   (D) _____ Other acts as specified below:

2

5. Plaintiff is:

   (A) _____ presently employed by the defendant.

   (B) __✓__ not presently employed by the defendant.

   The dates of employment were __7/16/2021 – 3/3/2022__

   Employment was terminated because:

   (1) __✓__ plaintiff was discharged.

   (2) _____ plaintiff was laid off.

   (3) _____ plaintiff left job voluntarily.

6. Defendant(s) conduct is discriminatory with respect to the following:

   (A) _____ my race.

   (B) _____ my religion.

   (C) _____ my sex.

   (D) _____ my national origin.

   (E) __✓__ other as specified below:
   __Age, disability and retaliation__

7. The name(s), race, sex, and the position or title of the individual(s) who allegedly discriminated against me during the period of my employment with the defendant company is (are):

   Felicia Exum, director, Hestrve Rayland, Program Manager, Tina Ogden, Supervisor

8. The alleged discrimination occurred on or about  7/02/21 through March 2, 2022.

9. The nature of my complaint, i.e., the manner in which the individuals(s) named above discriminated against me in terms of the conditions of my employment is as follows:

My charge of complaint against the Halifax County Department of Social Services is because they discriminated against me 1- employment discrimination for age, disability, disparate treatment and retaliation. On 7/16/2021 I applied for the position of Income Maintenance Caseworker III and was denied the position on 8/17/2021. I notified Bentrice Ragland, Program Manager and my supervisor that I wish to file a grievance. The grievance was later settled and handled by the director Felicia Exum. I believe I was discriminated because of my age also. I am a member of a protected age group by being 56 years old. I suffered an adverse employment when my employer failed to promote me because of my age and making derogatory statements that my work experience is old and out dated. During this time of the adverse "Continued"

10. The alleged illegal activity took place at: Halifax County Department of Social Services 4431 Hwy 301, Halifax NC 27839

11. I filed charges with the Equal Employment Opportunity Commission regarding defendant(s) alleged discriminatory conduct on or about 3/8/2022. I have attached a copy of the Notice of Right to Sue letter issued by the Equal Employment Opportunity Commission. This letter was received by me on 5/3/2022.

12. I seek the following relief:

   (A) __✓__ recovery of back pay;

   (B) _____ reinstatement to my former job;

   (C) _____ trial by jury on all issues so triable;

   and any other relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

   _3/27/2003_  
   Date

   _Barbara Files_  
   Signature of Plaintiff

   4433 NC Hwy 125  
   Halifax NC 27839  
   (845) 453-8681  
   Address and Phone Number of Plaintiff

5

Continued
Page 4
Number 9


employment action, I was performing my job at a level that met my employer's expectations and (iv) I was treated worse than similarly situated and substantially younger workers.

My disability claim states the following: I have been medically diagnosed with PTSD, and my employer was made aware of this. "The ADA prohibits employers from discriminating against a qualified individual on the basis of disability in regard to hiring, advancement, or discharge of employees." (See Gentry v. E.W. Partners Club Management Co. Inc. 816 F. 3rd 228, 236 (4th Cir. 2016)(quoting 42 U.S.C. sec. 1211 (a). "To establish a claim for disability discrimination, the claimant must prove (1) that she has a disability, (2) that she is a qualified individual for the employment in question ( see Resume of Barbara Portis), and (3) that her employer discharged her (or took other adverse employment action) because of her disability." (See Jacob v. N.C. Admin. Office of the Courts, 780 F. 3rd 562, 572 (4th Cir. 2015). I was asked to perform tasks I was not trained to do. When I would ask how to do a certain task, it would turn into a problem and I was looked at as being annoying by asking for help.I was given information that was either obsolete or outdated, this in turn, caused anxiety, stress and a feeling overwhelmed, which caused several episodes of panic attacks.

The disparate treatment claim states the following: The complainant must show (1) she is a member of a protected class (2) she is qualified for the job and performed it satisfactorily (3) she suffered an adverse employment action and (4) she was treated differently from similarly situated employees outside of the protected class. I assert I am a woman, that my qualifications gave me the expertise to perform my job beyond satisfactorily, but suffered adverse employment action when I was treated differently from similarly situated employees outside of the protected class. On December 1, 2021, I worked on several case records, about a week later I received a report from my supervisor, Tina Ogden that stated, the case records were untouched. I took the records to my supervisor to show her the records had been worked on and she said she was unavailable. This behavior was repeated when I need to ask questions or needed her assistance. I then took the records to Centric Ragland the program manager. Ms. Ragland stated this must be an oversight. Because I was treated so harshly, I was deprived of levels of responsibility and the opportunity of promotion.

The retaliation claim states the following: (1) I engaged in a protected activity (2) an employer took adverse employment action against her (3) there exists a casual link between the protected activity and the adverse employment action. I assert from the time I filed my grievance on 8/17/2021 to the formal meeting with the director on 12/1/2021, I had been discriminated against in the form of retaliation. Specifically no promotion, no consideration for an interview for another Income Maintenance Caseworker III position that I applied for on 2/1/2022 or perform other tasks. On 3/2/2022 I was terminated from my employment.

Cc:

Renee Perry
Interim Human Resources Director
HALIFAX COUNTY

Please retain this notice for your records.