UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| BARBARA PORTIS ) | |
| Plaintiff, ) | |
| v. ) | **JUDGMENT** |
| ) | No. 4:22-CV-81-FL |
| HALIFAX COUNTY DEPARTMENT OF ) | |
| SOCIAL SERVICES and NORTH CAROLINA ) | |
| DEPARTMENT OF HEALTH AND HUMAN ) | |
| SERVICES ) | |
| Defendants ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge on failure to respond to court's order and defendant's motion to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered June 5, 2025 and for the reasons set forth more specifically therein, this case is dismissed for plaintiff's failure to respond to court's order and failure to prosecute.

**This Judgment Filed and Entered on June 5, 2025, and Copies To:**
Barbara Portis (via US mail) 4133 NC Hwy 125, Halifax, NC 27839
Brian Castro (via CM/ECF Notice of Electronic Filing)

June 5, 2025                                        PETER A. MOORE, JR. CLERK

                                                     /s/ Sandra K. Collins
                                                    (By) Sandra K. Collins, Deputy Clerk